UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON E. SUMMERS,<br><br>               Petitioner,<br><br>       v.<br><br>PATWIN HORN,<br><br>               Respondent. | Case No. 2:25-cv-05899-SRM-DFM<br><br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE [13]** |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.

//

//

//

-1-

1       The Court accepts the report, findings, and recommendations of the Magistrate

2   Judge. The Court **DENIES** Respondent's Motion to Dismiss Petition for Writ of Habeas

3   Corpus. Dkt. 6. The Court, on its own, **DENIES** the Petition for Writ of Habeas Corpus

4   as untimely, Dkt. 1, **DISMISSES** this action **WITH PREJUDICE**. The Court will issue

5   a separate judgment.

6

7       **IT IS SO ORDERED.**

8

9   Dated: November 14, 2025

10                                  HON. SERENA R. MURILLO

                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28