UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON E. SUMMERS,<br><br>        Petitioner,<br><br>      v.<br><br>PATWIN HORN,<br><br>        Respondent. | Case No. 2:25-cv-05899-SRM-DFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** as untimely, and this action **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: November 14, 2025

                                         HON. SERENA R. MURILLO
                                         UNITED STATES DISTRICT JUDGE